UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

PFIP, LLC

        v.                         Case No. 08-cv-461-SM

Planet Health and Fitness, Inc.
d/b/a Planet Fitness

O R D E R

By notice dated December 3, 2008, Attorney Medesto Bigas Mendez was instructed to register for ECF within thirty (30) days. On January 9, 2009, after the 30 day period had expired, the clerk's office contacted Attorney Mendez's office by telephone as a courtesy to remind him of the obligation to register for ECF. As of this date, Attorney Mendez has not registered for ECF.

Attorney Mendez shall register for ECF on or before February 6, 2009. If he fails to register by this date, all conventionally filed documents submitted by Attorney Mendez from that date forward will be stricken, no court notice or orders will be forwarded to him in paper format, and the parties shall be relieved of their obligation to provide him with paper service copies of electronic filings.

SO ORDERED.

Date: January 29, 2009

                                                              Steven J. McAuliffe
                                                              Chief Judge

cc: Modesto Bigas Mendez, Esq.
     Teresa C. Tucker, Esq.